**In re Anthony GAINES (JF–4800)**

**v.**

**Ellen T. Greenlee (I.D. # 0001).**

**Petition of Anthony Gaines.**

**No. 45 EM 2013.**

Supreme Court of Pennsylvania.

June 19, 2013.

### *ORDER*

PER CURIAM.

**AND NOW,** this 19th day of June, 2013, the Application for Extraordinary Relief is **DENIED.**